Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx 78711

6-22-15

RE: Trial Transcript
Payment option

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

To Whom This May Concern;

I'm requesting for the information on purchasing copies for 5 cent per page; Months ago the 10th Court of appeals notified me that they charged 10 cent per page. I'm indigent but I'm trying to see if I can write some family member's that are willing to purchase at 5 cent or less per page.

I was unsuccessful at getting copies at 10 cent per page. In conclusion of this letter please provide me with requested informations. Thank you!!

Respectfully

[signature]

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx 78711

RE: Trial Transcript
# 12-00472-CRF-272
PD-0129-15
Quincy Deshan Butler
(Request for A Copy of Trial Transcript)
Due to Indigency

To This Honorable Court;

Comes Now Quincy Butler pro se in the above number cause and style requesting for a copy of his transcript due to his indigency. Movant has attempted by request to the trial Court, the appointed Appellate Attorney before withdrawal and the 10th Court of Appeals to obtain his transcript. Movant is unable to Challenge Collateral attacks without his transcript, and he is trying to prepare his Appellant 11.07 Brief; and he is unable to reflect to the record.

Wherefore movant prays that this request is granted with respect of Justice.

Respectfully Submitted

Quincy Butler

6-22-15
DATE

# Certificate of Service

I certify that a true copy of this request for a copy of Trial Transcript due to indigency was served to the Court of Criminal Appeals Clerk at P.O. 12308, Capitol Station Austin, TX 78711 By U.S mail on

6-22-15
_____
Date